No. 91–857. CUSUMANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–858. AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, BY ROBERTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–862. MINNESOTA v. McKOWN ET VIR. Sup. Ct. Minn. Certiorari denied.

No. 91–876. VARIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–919. BRIGHT v. HOUSTON NORTHWEST MEDICAL CENTER SURVIVOR, INC. C. A. 5th Cir. Certiorari denied.

No. 91–5163. ESPARSEN v. UNITED STATES; and
No. 91–5206. McFADDEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 930 F. 2d 1461.

No. 91–5349. WEIDNER v. THIERET, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–5524. BANKS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–5588. PAULINO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5621. COE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–5679. BABBEL v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 91–5726. STRICKLAND v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–5783. MILLER v. OREGON. Ct. App. Ore. Certiorari denied.

No. 91–5793. LIVINGSTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.